# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **FINDING OF PROBABLE** |
| v. ) | **CAUSE AND ORDER OF** |
| ) | **DETENTION** |
| KEVIN ANDERSON, ) | |
|    Defendant ) | Case No. 3:96cr00032-005 |
| ) | |

Pursuant to Federal Rule of Criminal Procedure Rule 32.1, the defendant was brought before the court on July 18, 2011, for a preliminary hearing to determine if probable cause exists to hold the defendant for a hearing on revocation of his term of supervised release imposed on October 9, 1997. Based on the facts alleged in the Petition for Warrant or Summons for Offender Under Supervision, I find that probable cause exists to hold the defendant pending a revocation hearing.

I further find that the defendant shall be detained pending his revocation hearing.

## Directions Regarding Detention

Therefore, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending his revocation hearing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with any further court proceedings.

ENTERED: July 18, 2011.

                                         s/ *Pamela Meade Sargent*
                                         UNITED STATES MAGISTRATE JUDGE